# United States Probation & Pretrial Services

United States District Court
Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT
4/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: TV  DEPUTY



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 8970633

## Passport Receipt

Defendant Name: Ippei Mizuhara

Name on passport, if different: enter text.

Country of Origin: Japan

Passport Number: TR7188629

Date passport issued: December 5, 2016

Expiration date of passport: December 5, 2026

Ordered by court in the Central District of California

Docket Number: 0973 2:24-02125M-1

U.S. Probation & Pretrial Services

Edward R. Roybal Federal Building and
U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

Agent: SA Lindsay Sandoval
Surrendered By _/s/_

Ninetta Smith, AAPO
Received By

Date

April 12, 2024    4/12/2024
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)

enter text.