Michael G. Freedman (SBN 281279)
The Freedman Firm PC
1801 Century Park East, Suite 450
Los Angeles, CA 90067
(310) 285-2210
michael@thefreedmanfirm.com



FILED
CLERK, U.S. DISTRICT COURT
APR 12 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                               PLAINTIFF<br>v.<br>Ippei Mizuhara<br><br>                              DEFENDANT. | CASE NUMBER:<br><br>24-MJ-02125<br><br>DECLARATION RE PASSPORT AND<br>OTHER TRAVEL DOCUMENTS |
|---|---|

I, Ippei Mizuhara , declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☒ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this   12th   day of   April  , 20 24
at  Los Angeles, CA
             *(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____ , am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____   _____
                                                                                  *Interpreter*