E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-0141
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 24-MJ-2125 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| IPPEI MIZUHARA, | |
| Defendant. | |

The Court has read and considered the parties' stipulated application to continue the post-indictment arraignment. The Court finds that the stipulation, which this Court incorporates by

//

//

//

reference into this Order, demonstrates good cause to continue the post-indictment arraignment.

THEREFORE, FOR GOOD CAUSE SHOWN:

The post-indictment arraignment currently scheduled for May 9, 2024, is continued to May 14, 2024.

IT IS SO ORDERED.

_____   _____
DATE                          HONORABLE
                              UNITED STATES DISTRICT JUDGE

Presented by:

_____*/s/ Jeff Mitchell*_____
JEFF MITCHELL
Assistant United States Attorney